JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORA LIM, | Case No. 2:16-cv-02742-SHK |
| Plaintiff, | |
| v. | JUDGMENT |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

It is the judgment of this Court that the Commissioner of Social Security's decision is AFFIRMED and this case is DISMISSED consistent with this Court's Order.

DATED: 11/13/17

HONORABLE SHASHI H. KEWALRAMANI
United States Magistrate Judge